IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNER RAMIREZ<br>904 Linwood Street<br>Hyattsville, MD 20783,<br><br>EVER HENRIQUEZ<br>1314 Park Road, N.W.<br>Washington, DC 20009<br><br>EDWIN RAMIREZ<br>904 Linwood Street<br>Hyattsville, MD 20783,<br>          Plaintiffs,<br>v.<br><br>ALL SEASONS CORPORATION<br>43680 Warbler Square<br>Leesburg, VA 20176<br>Serve: Howard Ray Slye (Reg. Agent)<br>       43680 Warbler Square<br>       Leesburg, VA 20176<br>          Defendant, | Civil Action No. 1:14-cv-00592-TSC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed with prejudice.

Respectfully Submitted,                              Respectfully Submitted,


/s/ John F. Kennedy_____                       /s/ Michael L. Stevens_____
John F. Kennedy (D.C. Bar No. 413509)                Michael L. Stevens (D.C. Bar No. 384887)
KENNEDY & DOLAN                                      Karen S. Vladeck (D.C. Bar No. 1000311)
200A Monroe Street, Suite 305                        ARENT FOX LLP
Rockville, MD 20850                                  1717 K Street, N.W.
Telephone: (301) 608-3000                            Washington, DC 20036-5339
Facsimile: (301) 608-3000                            Telephone: (202) 857-6000
JFKDC@aol.com                                        Facsimile:(202) 857-6395
                                                     stevens.michael@arentfox.com

*Counsel for Plaintiff*                              *Counsel for Defendant*